Fred Hickman  (#124406)
  fhickman@afrct.com
Jeremy E. Shulman (#257582)
  jshulman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California  91101-2459
Tel: (626) 535-1900, Fax: (626) 577-7764

Attorneys for Defendant,Wachovia Mortgage, a division of
Wells Fargo Bank, N.A., formerly
known as Wachovia Mortgage, FSB
and World Savings Bank, FSB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARISCO GOMEZ AND FLORINDA GOMEZ<br><br>    Plaintiffs,<br>v.<br><br>WACHOVIA MORTGAGE, FSB; WORLD SAVINGS BANK, FSB; ETS SERVICES, LLC; ADRIANA RAMIERZ<br>and DOES 1-20 inclusive,<br>    Defendants. | CASE NO.: 2:09-CV-02762-MCE-JFM<br><br>[Hon. Morrison C. England, District Judge]<br><br>ORDER ON STIPULATION FOR VOLUNTARY AMENDMENT OF COMPLAINT AND EXTENDED DEADLINE TO RESPOND TO COMPLAINT IF AMENDMENT IS NOT FORTHCOMING<br><br>[L.R. 6-144]. |

**ORDER**

For good cause appearing, and pursuant to stipulation between the parties, Plaintiffs may file a First Amended Complaint by December 30, 2009.  If  they do not file a voluntary First Amended Complaint, then Defendants deadline to respond to the original complaint shall be extended to January 14, 2010.

      If Plaintiff files the First Amended Complaint, Defendants shall respond as permitted by Federal Rules of Civil Procedure and local rules.

IT IS SO ORDERED.

DATED: December 9, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE