UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| TARISCO GOMEZ and FLORINDA GOMEZ,<br><br>Plaintiffs,<br>vs.<br><br>WACHOVIA MORTGAGE, FSB; WORLD SAVINGS BANK, FSB; ETS SERVICES, LLC; ADRIANA RAMIREZ and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO.: 2:09-CV-02762-MCE-JFM<br><br>[Assigned to the Honorable Morrison C. England, Jr., Courtroom 7]<br><br>ORDER DENYING DEFENDANT WACHOVIA'S REQUEST FOR LEAVE TO FILE BRIEF IN EXCESS OF TWENTY (20) PAGES<br><br>Date: April 8, 2010<br>Time: 2:00 p.m.<br>Ctrm: 7 |

The Court, having read and considered the request of Defendant Wachovia Mortgage, FSB, formerly World Savings Bank, FSB, ("Wachovia") for relief from the Court's page limitation requirement to file a brief in excess of twenty (20) pages:

IT IS HEREBY ORDERED:

1. Wachovia's request for leave to file a brief in excess of twenty (20) pages is DENIED. Defendant shall re-file a brief in conformance with the Local Rules of this Court not later than (20) days after the date this Order is electronically filed;

2. The currently scheduled motion is vacated in order for Wachovia to comply with the appropriate notice provisions.

Dated: March 12, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

C:\iFolder\mengland\Home\TO DOCKET CIVIL\09cv02462.o.0312.doc

1

CASE NO. 09-CV-03520-MCE-GGH
[PROPOSED ORDER] GRANTING WACHOVIA'S REQUEST
FOR LEAVE TO FILE BRIEF IN EXCESS OF TWENTY PAGES