UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| TARISCO GOMEZ and FLORINDA GOMEZ, | CASE NO.: 2:09-CV-02762-MCE-JFM |
|---|---|
| Plaintiffs, | [Assigned to the Honorable Morrison C. England, Jr., Courtroom 7] |
| vs. | |
| WACHOVIA MORTGAGE, FSB; WORLD SAVINGS BANK, FSB; ETS SERVICES, LLC; ADRIANA RAMIREZ and DOES 1-20, inclusive, | ORDER DENYING DEFENDANT WACHOVIA'S REQUEST FOR LEAVE TO FILE BRIEF IN EXCESS OF TWENTY (20) PAGES |
| Defendants. | Date:   April 8, 2010<br>Time:   2:00 p.m.<br>Ctrm:   7 |

The Court, having read and considered the request of Defendant Wachovia Mortgage, FSB, formerly World Savings Bank, FSB, ("Wachovia") for relief from the Court's page limitation requirement to file a brief in excess of twenty (20) pages:

IT IS HEREBY ORDERED:

1. Wachovia's request for leave to file a brief in excess of twenty (20) pages is DENIED. Defendant shall re-file a brief in conformance with the Local Rules of this Court not later than (20) days after the date this Order is electronically filed;

2. The currently scheduled motion is vacated in order for Wachovia to comply with the appropriate notice provisions.

Dated: March 12, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28